UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 11-CV-80671-RYSKAMP/VITUNAC

OWEN HARTY, individually,

        Plaintiff,

v.

TRU 2005 RE I, LLC, a foreign for profit company,

        Defendant.

## NOTICE OF SETTLEMENT

Defendant, TRU 2005 RE I, LLC ("Defendant"), by and through its undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: July 28, 2011　　　　　　　　Respectfully submitted,
       Miami, Florida

                                              s/ Scott S. Allen
                                              Scott S. Allen, Esq.
                                              Florida Bar No.: 0143278
                                              E-mail: *allens@jacksonlewis.com*
                                              Jackson Lewis LLP
                                              One Biscayne Tower
                                              2 South Biscayne Blvd., Suite 3500
                                              Miami, Florida 33131-2374
                                              Telephone:  (305) 577-7600
                                              Facsimile:   (305) 373-4466
                                              Attorney for Defendant,
                                              TRU 2005 RE I, LLC

CASE NO.: 11-CV-80671-RYSKAMP/VITUNAC

**<u>CERTIFICATE OF SERVICE</u>**

It is hereby certified that on the 28th of July 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

<u>s/ Scott S. Allen</u>
Scott S. Allen, Esq.

CASE NO.: 11-CV-80671-RYSKAMP/VITUNAC

## SERVICE LIST

### OWEN HARTY v. TRU 2005 RE I, LLC
### CASE NO. 11-CV-80671-RYSKAMP/VITUNAC

Barbra R. Joyner, Esq.  (141348)
E-mail: bjoyneresq@aol.com
Thomas B. Bacon, P.A.
1470 E. Michigan St.
Orlando, Florida  32806
Telephone:  (407) 481-7997
Facsimile: (407) 481-7986

Thomas B. Bacon, Esq. (139262)
E-Mail: tbb@thomasbaconlaw.com
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, Florida  33328
Telephone:  (954) 478-7811
Facsimile:  (954) 237-1990
Attorneys for Plaintiff,
OWEN HARTY

Scott S. Allen, Esq.  (0143278)
E-mail:  *allens@jacksonlewis.com*
Jackson Lewis LLP
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida  33131
Telephone:  (305) 577-7600
Facsimile:   (305) 373-4466
Attorney for Defendant,
TRU 2005 RE I, LLC